122 F.3d 1250
 In re ROBERT L. HELMS CONSTRUCTION AND DEVELOPMENT CO.,
INC., Debtor.
UNSECURED CREDITORS' COMMITTEE, OF ROBERT L. HELMS
CONSTRUCTION & DEVELOPMENT CO., in the Capacity of
a Member of the Unsecured Creditors'
Committee in the Case of
Robert and Pauline
Helms, Appellant,
v.
SOUTHMARK CORPORATION; Helms Sales Committee; Wade Ellis
Trust; Helms Construction, Southmark Corporation;
Helms Sales Committee; Wade Ellis
Trust; Helms Construction, Appellees.
 No. 95-16781.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 20, 1997.
 
 Prior report: 110 F.3d 1470.
 HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.